MANHATTAN FIRE INSURANCE COMPANY et al., Appellants, *v*. JOSEPH FOX et al., Respondents.

*Manhattan Fire Ins. Co.* v. *Fox*, 74 App. Div. 271, appeal dismissed.
(Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered July 23, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the undertaking required to perfect the appeal had not been filed.

*William H. Blain* for motion.

*George M. Fannin* opposed.

Motion granted and appeal dismissed, with costs, unless within ten days after service of copy of order the appellants perfect an appeal by filing a proper undertaking and pay ten dollars costs.